JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNA D., | ) Case No. ED CV 18-1345-DMG (PJW) |
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

DATED: April 17, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE